IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
No. 1:19-CV-319-DSC

LISA M. FLANNERY,            )
                             )
                             )
        Plaintiff,            )
                             )
   v.                         )
                             )
ANDREW SAUL,                 )
                             )
Commissioner of              )
Social Security              )
                             )
        Defendant.            )
                             )
_____)

## **ORDER**

Upon stipulation of the parties, it is hereby ordered that Defendant shall pay Plaintiff $4,750.00 in attorney's fees in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, the Stepp Law Firm, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

   **SO ORDERED**.

Signed: November 9, 2020

David S. Cayer
United States Magistrate Judge